1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAU KING CHAN, | 3:16-cv-02403-WQH-MDD |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| J.P. MORGAN CHASE BANK, N.A., a national banking association; and DOES 1 THROUGH 10, inclusive, | Judge: Hon. William Q. Hayes<br>Magistrate Judge: Mitchell D. Dembin<br>Action filed: 9/23/2016 |
| Defendant. | |

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the Joint Motion to Dismiss the Complaint with Prejudice, orders that all claims and parties are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney fees and costs. The Clerk of Court is directed to terminate this case.

    IT IS SO ORDERED.
Dated: November 14, 2018

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court